IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STACY NISWONGER                                                    PLAINTIFF

V.                    CASE NO. 4:12CV00194 JMM/BD

WHITE COUNTY DETENTION CENTER                  DEFENDANT

**ORDER**

On March 30, 2012, Plaintiff Stacy Niswonger, an inmate previously housed at the White County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1). Ms. Niswonger, however, did not pay the $350.00 filing fee to initiate this action; nor did she file an application to proceed *in forma pauperis*.

By Order of March 30, 2011, Ms. Niswonger was directed either to pay the filing fee or to submit an *in forma pauperis* application within 30 days. She was warned that failure to comply with the Court's Order could result in dismissal of her lawsuit.

Ms. Niswonger has failed to comply with the Court's Order. Therefore, her Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2), for failing to comply with the order to satisfy the filing fee requirement.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE