# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STACY NISWONGER**                                                      **PLAINTIFF**

**V.**                 **CASE NO. 4:12CV00194 JMM/BD**

**WHITE COUNTY DETENTION CENTER**                      **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE